ROGER A. MANICCIA *v.* ADMINISTRATOR,
UNEMPLOYMENT COMPENSATION ACT, ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 33 Conn. App. 945 (AC 12433), is denied.

*Roger A. Maniccia,* pro se, in support of the petition.

*Sharon Scully,* assistant attorney general, in opposition.

Decided May 6, 1994

STATE OF CONNECTICUT *v.* PASQUALE VILLANO

The defendant's petition for certification for appeal from the Appellate Court, 33 Conn. App. 162 (AC 11515), is granted. It is further ordered that the matter be remanded to the Appellate Court for reconsideration in light of this court's decision in *State* v. *Davis,* 229 Conn. 285 (1994).

In view of our remand without further proceedings in this court, the provisions of Practice Book § 4138 are waived.

*Deborah DelPrete Sullivan,* assistant public defender, in support of the petition.

*Leah Hawley,* assistant state's attorney, in opposition.